IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3136 |
| vs. | ORDER |
| STEVEN M. WOODALL, | |
| Defendant. | |

IT IS ORDERED:

1. The Request for Transcript (filing 75) is granted.

2. The Clerk's Office shall provide a copy of this order to the party requesting the transcripts.

3. The requestor shall be responsible for the cost of the transcripts.

4. The requestor is directed to contact the court reporter to arrange for payment.[1]

Dated this 1st day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] The Court reporter, Lisa Grimminger, may be reached at (402) 437-1908 or lggrmrcrr@gmail.com.